IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| **COCAM INT'L ENTERPRISES LTD**, (Directly and Derivatively on behalf of Nominal Defendant, ADVANCED OUTDOOR INNOVATIONS, LLC) <br><br> Plaintiff, <br> v. <br><br> **CHRISTOPHER SVENSRUD, JASON DREW,** and **MOGOTANI FAST CORPORATION** <br><br> Defendants. <br><br> And <br><br> **ADVANCED OUTDOOR INNOVATIONS, LLC** <br><br> Nominal Defendant. | Civil Action No. 20-00936 RGA-CJB |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S EMERGENCY MOTION TO APPROVE VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon consideration of and for the reasons set forth in Plaintiff's Emergency Motion to Approve Voluntary Dismissal without Prejudice ("Plaintiff's Motion"), and pursuant to Federal Rules of Civil Procedure 41 and 23.1, and 28 U.S.C. § 636, I hereby report and recommend to the Honorable Richard J. Andrews, United States District Judge the following:

1.   Based on the filings submitted to this Court, the Defendants assert and the Plaintiff does not contest that this Court lacks federal subject matter jurisdiction to hear this case.

2.   Accordingly, I recommend that the Court immediately approve dismissal of this case without prejudice.

**IT IS SO REPORTED AND RECOMMENDED this** <u>27th</u>**day of July 2020.**

_Christopher J. Burke_
Hon. Christopher J. Burke
Magistrate Judge, United States District Court for
the District of Delaware